## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| TIARA TAMIKA LOGAN | * | Case No.:  20-17890-LSS |
| | | Chapter 7 |
| | * | |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE TO DESIGNATE AS AN ASSET CASE
## AND TO SET CLAIMS BAR DATE

CHERYL E. ROSE, Trustee of the above captioned bankruptcy estate reports that she has reviewed the schedules and statements of the Debtors and/or questioned the debtors and believes this case contains assets administrable for the benefit of the creditors of the estate.  The Trustee hereby requests the Clerk of the Bankruptcy Court to notify creditors to file proof of claims pursuant to 11 U.S.C. Section 501 and Bankruptcy Rule 3002.

Respectfully Submitted,

/s/ Cheryl E. Rose
Cheryl E. Rose, #05934, Chapter 7 Trustee
9812 Falls Road, #114-334
Potomac, MD  20854
(301) 527-7789
trusteerose@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September 2020, a copy of the foregoing **Line to Designate as an Asset Case and to Set Claims Bar Date** will be  served electronically by the Court's CM/ECF system on the following:

Mark D. Macaluso

/s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee